UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 5:26-1102-FMO (RAO) | Date | March 10, 2026 |
|---|---|---|---|
| Title | *Julian Arellano Isidoro v. Todd M. Lyons, et al.* | Page | 1 of 2 |

| Present: The Honorable | ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE |
|---|---|

| Eddie Ramirez | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Petitioner | Attorneys Present for Respondents |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO PETITION**

1. On March 9, 2026, Petitioner Julian Arellano Isidoro ("Petitioner"), represented by counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1 ("Pet."). Based on the Court's review of the facts and claims raised on the face of the Petition, Petitioner appears to be an eligible member of the Bond-Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. CV 25-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), and accordingly, entitled to a bond hearing subject to the *Bautista* judgment and any applicable appellate proceedings.[1] *See generally* Pet.

2. **To preserve the Court's jurisdiction, Respondents are enjoined from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court.**

3. The Clerk of this Court shall promptly (a) serve electronic copies of the Petition and a copy of this Order on Respondents and the United States Attorney for the Central District of California, or his authorized agent, in accordance with Rule 4(i) of the Federal Rules of Civil Procedure; and (b) serve a copy of this Order on Petitioner's counsel of record.

4. Within **three (3) days** after the date of this Order, Respondents shall file a Notice of Appearance designating the attorney in charge of the case, together with the address

---

[1] The Ninth Circuit recently issued an order limiting the scope of the *Bautista* judgment, but found that it continues to apply to the Central District of California. *Maldonado Bautista, et al. v. United States Dep't of Homeland Sec., et al.*, No. 26-1044, slip op. at 1 (9th Cir. Feb 23, 2026) (explaining that "[t]he district court's December 18, 2025 judgment remains in place as to the Central District of California").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 5:26-1102-FMO (RAO) | Date | March 10, 2026 |
|---|---|---|---|
| Title | *Julian Arellano Isidoro v. Todd M. Lyons, et al.* | Page | 2 of 2 |

    where the attorney may be served, the attorney's telephone number, and e-mail address.
5. Respondents shall file a response to the Petition on or before **March 17, 2026**.
6. If after reviewing Respondents' response the Court determines that a reply from Petitioner is warranted, the Court will issue a further order.

**IT IS SO ORDERED**.